

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| In the Matter of the Estate of Jose Casares, Deceased, | § | No. 08-17-00057-CV |
| | § | Appeal from the |
| Appellant. | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 2010-P00681) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's pro se third motion for extension of time within which to file the brief until **August 30, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. George L. Mortensen, the Appellant, prepare the Appellant's pro se brief and forward the same to this Court on or before August 30, 2017.

IT IS SO ORDERED this 24th day of July, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.